# Exhibit 1

 

# Account History

| | | | |
|---|---|---|---|
| ERC File Number: | | Report Date: | 2/19/18 8:39 AM |
| Account Number: | | Database: | |
| Customer: | | | Full Social |
| Received: | 11/25/2013 | | |

Original Balance: $
Amount Paid: $ -
Current Balance: $
Status:



Name:
Street 1:
Street 2:
City:
State:
Zip:

SSN:
Home Phone:
DOB:



| Date and Time | User | Action | Result | Comment |
|---|---|---|---|---|

(RB) ERC 00002



| Date/Time | Type | Code1 | Code2 | Note |
|---|---|---|---|---|
| 9/23/2017 17:09 LVMAN | TR | NA | | 4908: No Answer |
| 9/26/2017 14:35 LVMAN | TR | NA | | 4908: No Answer |
| 10/7/2017 12:42 LVMAN | TR | NM | | 4908: Machine, No Message Left |
| 10/13/2017 17:02 LVMAN | TR | NA | | 4908: No Answer |
| 10/14/2017 18:19 LVMAN | TR | NA | | 4908: No Answer |
| 11/14/2017 18:33 LVMAN | TR | NA | | 4908: No Answer |
| 11/17/2017 14:58 LVMAN | TR | NA | | 4908: No Answer |
| 11/21/2017 15:17 LVMAN | TR | NM | | 4908: Machine, No Message Left |

(RB) ERC 00003

| Date | Time | User | | | | Note |
|---|---|---|---|---|---|---|
| 11/24/2017 | 12:45 | LVMAN | TR | NA | | 4908: No Answer |
| 11/25/2017 | 9:28 | LVMAN | TR | NM | | 4908: Machine, No Message Left |
| 11/28/2017 | 13:47 | FREEMANNI | TO | | WN | 4908: i114: tpd mop wrn# |
| 11/28/2017 | 13:48 | freemanni | RmPh | RmPh | | Line4 Ph Removed: 4908 |

(RB) ERC 00004

| Payment Type | Total | Principal | Interest | Collection Costs | Date |
|---|---|---|---|---|---|

(RB) ERC 00005

| DateProcessed | code | Description | Column1 |
| --- | --- | --- | --- |
|  |  |  |  |

(RB) ERC 00006