UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO BOOZER,

                                      Case No. 17-cv-14190

                                      Paul D. Borman
           Plaintiff,               United States District Judge

v.

ENHANCED RECOVERY COMPANY, LLC,

           Defendant.
_____/

ORDER STRIKING MOTION

On May 1, 2019, Defendant filed a Motion for Summary Judgment and Brief in Support (ECF No. 20). The type size used in this filing did not follow the local rule. LR 5.1(a)(3) states, "Except for standard preprinted forms that are in general use, type size of all text and footnotes must be no smaller than 10-1/2 characters per inch (non-proportional) or 14 point (proportional)." The page limit for briefs is 25 pages.

Accordingly, it is ORDERED that ECF No. 20 shall be STRICKEN from the record in this case and the image removed from the CM/ECF system. The exhibits will not be stricken. Only the motion and brief need to be refiled correctly.

s/Paul D. Borman<br>
PAUL D. BORMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2019