UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ricardo Boozer,

v.

Enhanced Recovery Company, LLC
_____/

Civil No: 17-14190

Judicial Officer: Paul D. Borman

# TAXED BILL OF COST

On October 18, 2019, a judgment was entered in favor of **the Defendant.** The prevailing party now requests the clerk to tax the following costs:

|   |   | Amount Requested | Amount Allowed | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk (28:1920(1))(28:1923) |   |   |   |
| B | Service Fees |   |   |   |
| C | Court Reporter Fees | $676.90 | $335.50 | **See Attached. |
| D | Printing Fees |   |   |   |
| E | Witness Fees |   |   |   |
| F | Exemplification & Copy Fees | $38.00 | $0.00 | **See Attached. |
| G | Docket fees (28 U.S.C. 1923) |   |   |   |
| H | Costs on Mandate of Appeal |   |   |   |
| I | Court-appointed experts |   |   |   |
| J | Interpreters and Services |   |   |   |
| K | Other costs | $2,469.68 | $0.00 | **See Attached. |
|   | **TOTALS** | $3,184.58 | $335.50 |   |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 11/18/19

David J. Weaver, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 11/22/11

**\*\*Costs Denied:**

| | |
|---|---|
| Court Reporter Fees:  $341.40 | The cost for the transcript of witness Jason Davis is not taxable, as the bill of costs documents that the transcript was only used by the plaintiff (in support of plaintiff's response to defendant's motion for summary judgment) and not by the prevailing defendant. |
| Exemplification & Copy Fees: $38.00 | The costs for certificates of good standing are not taxable pursuant to the Bill of Costs Handbook. (See Bill of Costs Handbook, Section II(K)(2)(a), page 7.) |
| Other costs: $2,469.68 | Attorney expenses and postal charges are not taxable pursuant to the Bill of Costs Handbook. (See Bill of Costs Handbook, Sections II(K)(2)(a) and (g), page 7.) |

# Mailing Information for a Case 2:17-cv-14190-PDB-EAS Boozer v. Enhanced Recovery Company, LLC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Zacarias R. Chacon**
  Zacarias.Chacon@LewisBrisbois.com,jamie.nelson@lewisbrisbois.com
- **Jeffrey A. Goldwater**
  jgoldwater@lbbslaw.com,lkapelinski@lbbslaw.com
- **Taxiarchis Hatzidimitriadis**
  thatz@sulaimanlaw.com,jmickalovski@sulaimanlaw.com,autodocket@sulaimanlaw.com
- **Larissa G. Nefulda**
  Larissa.Nefulda@lewisbrisbois.com,erika.gomez@lewisbrisbois.com
- **Ahmad T. Sulaiman**
  ahmad.sulaiman@sulaimanlaw.com,jmickalovski@sulaimanlaw.com,autodocket@sulaimanlaw.com,kwadia@sulaimanlaw.com
- **Stephen H. Turner**
  Stephen.Turner@lewisbrisbois.com,erika.gomez@lewisbrisbois.com
- **Nathan C. Volheim**
  nvolheim@sulaimanlaw.com,jmickalovski@sulaimanlaw.com,autodocket@sulaimanlaw.com,kwadia@sulaimanlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

```
Ameena R. Sheikh
The Rippy + Sheikh Law Firm PC
1600 Clay Street, Building 2
Suite 331
Detroit, MI 48211
```